■ ROBERT KARANDY, Respondent, v SHERYL M. COUNTRYMAN et al., Appellants.—Appeal from an order and judgment of the Supreme Court at Special Term (Cerrito, J.), entered December 11, 1984 in Schenectady County, which, *inter alia,* granted plaintiff's motion for summary judgment on the issue of liability.

Order and judgment affirmed, without costs, upon the opinion of Justice D. Vincent Cerrito at Special Term. Kane, J. P., Weiss, Yesawich, Jr., Levine and Harvey, JJ., concur.